**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) TAMMY SNETHEN-REIN, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> (1) STATE FARM MUTUAL AUTOMOBILE ) </br> INSURANCE COMPANY, ) </br> ) </br> Defendant. ) | Case No.  ClV-17-7-R |

### NOTICE OF REMOVAL

The Petitioner, State Farm Mutual Automobile Insurance Company ("State Farm"), Defendant in the above-captioned case, states the following:

1. The above-entitled cause was commenced in the District Court of Kay County, entitled *Tammy Snethen (now Rein)  v. State Farm Mutual Automobile Insurance Company,* Case No. CJ-2016-114. State Farm was served Summons and Petition on December 15, 2016.  A copy of Plaintiff's Petition setting forth her claims for relief upon which the action is based is attached hereto and marked Exhibit 1. A copy of the Summons served upon State Farm is attached hereto and marked Exhibit 2.

2. State Farm's principal place of business is in the State of Illinois, and State Farm is incorporated in the State of Illinois.  Plaintiff, Tammy Snethen (now Rein) resides at 1600 N. Osage Street, Ponca City, Oklahoma.  (*See* Official Oklahoma Traffic Collision Report, Exhibit 3). Plaintiff is a citizen and resident of the State of Oklahoma.  Plaintiff's  action is for alleged breach of an insurance contract and alleged breach of the  implied duty of good faith and fair dealing. The matter in controversy between Plaintiff and State Farm, according to Plaintiff's demand, exceeds Seventy-Five Thousand and No/100ths Dollars ($75,000.00), exclusive of interests and costs.  (*See*

Plaintiff's Petition, pp. 2-3, Exhibit 1).

3.  This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332 (1992), by reason of the fact that this is a civil action wherein the amount in controversy, according to Plaintiff's demands, exceeds Seventy-Five Thousand and No/100ths Dollars ($75,000.00), exclusive of interest and costs and is between citizens of different states.  Accordingly, this action may be removed by State Farm pursuant to 28 U.S.C. § 1441(a).

4.  This Notice of Removal is filed in this Court within thirty (30) days after December 15, 2016, the date State Farm was served with a copy of Plaintiff's Petition via the Oklahoma Insurance Department, which was the initial pleading setting forth the claims for relief upon which this action is based. (*See* Summons and Petition, Exhibits 1 and 2).

5.  Copies of all process, pleadings, and Orders served upon State Farm, have been attached hereto as Exhibits 1, 2, and 4 (Notice of Change of Address).  Pursuant to LCvR 81.2, a copy of the state court docket sheet is attached as Exhibit 5.

**WHEREFORE,** Defendant, State Farm, prays that this action be removed.

Dated this 4th day of January, 2017.

        Respectfully submitted,

        **ATKINSON, HASKINS, NELLIS,**
        **BRITTINGHAM, GLADD & FIASCO**
        A PROFESSIONAL CORPORATION

        /s/ John S. Gladd
        John S. Gladd, OBA #12307
        J. Andrew Brown, OBA #22504
        525 South Main Street, Suite 1500
        Tulsa, Oklahoma 74103-4524
        Telephone: (918) 582-8877
        Facsimile: (918) 585-8096
        *Attorneys for Defendant State Farm*

**Certificate of Service**

   I hereby certify that on January 4, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Scott R. Jackson
MARTIN, JEAN & JACKSON
P.O. Box 2403
1324 East Grand Avenue
Ponca City, OK 74602
*sjackson@mjjlawfirm.com*
*Attorney for Plaintiff*

                 /s/ John S. Gladd

S:\Files\416\307\Removal\notice of removal-mac.wpd