**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) TAMMY SNETHEN-REIN, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>(1) STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY, )<br>)<br>    Defendant. ) | Case No. 17-CV-00007-R |

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, by and through her attorney of record, Scott R. Jackson, and Defendant's counsel, John S. Gladd and J. Andrew Brown, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO**
A PROFESSIONAL CORPORATION

/s/ J. Andrew Brown
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
525 South Main Street, Suite 1500
Tulsa, Oklahoma 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
*Attorneys for Defendant State Farm*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of August, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Scott R. Jackson
MARTIN, JEAN & JACKSON
P.O. Box 2403
1324 East Grand Avenue
Ponca City, OK 74602
*Attorney for Plaintiff*



      /s/ J. Andrew Brown

S:\Files\416\307\Stip-djs.wpd